1

**SEDGWICK LLP**
RALPH A. CAMPILLO (BAR NO. 70376)
Email:  ralph.campillo@sedgwicklaw.com
WENDY A. TUCKER (BAR NO. 121122)

2

3

Email:  wendy.tucker@sedgwicklaw.com
MICHAEL M. WALSH (BAR NO. 150865)

4

Email: michael.walsh@sedgwicklaw.com
801 South Figueroa Street, 19th Floor

5

Los Angeles, CA  90017-5556
Telephone:     213.426.6900

6

Facsimile:      213.426.6921

7

Attorneys for Defendant
THOMAS P. SCHMALZRIED, M.D., A Professional

8

Corporation and THOMAS P. SCHMALZRIED, M.D.

9

10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (San Francisco)**

11

12

WAYNE JOLLY and CINDY JOLLY,

13

Plaintiff(s),

14

v.

15

DEPUY ORTHOPAEDICS, INC.;

16

JOHNSON & JOHNSON SERVICES,
INC.; JOHNSON & JOHNSON, INC.;

17

DEPUY INTERNATIONAL LTD;
THOMAS P. SCHMALZRIED, M.D.,

18

THOMAS P. SCHMALZRIED, M.D., A

19

PROFESSIONAL CORPORATION; and
DOES 1 through 20, inclusive,

20

Defendants.

21

CASE NO.  CV-12-1974 JCS

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**

Complaint served:         March 20, 2012
Removal Date:               April 20, 2012
Current Response Date:  April 27, 2012
Agreed Response Date:  May 27, 2012

22

23

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24

Defendants Thomas P. Schmalzried, M.D., a Professional Corporation and Thomas P.

25

Schmalzried, M.D. ("Defendants") hereby request, and Plaintiffs Wayne Jolly and Cindy Jolly

26

("Plaintiffs") hereby agree to Defendants' request, for an extension of time for Defendants to file

27

a response to Plaintiffs' Complaint.   Plaintiffs' Complaint was filed on March 2, 2012,

28

1

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**

LA/1162779v1

1    Defendants were served on or about March 20, 2012, and the case was removed on April 20,

2    2012.

3

4         THE PARTIES HAVE AGREED AND HEREBY STIPULATE to extend the time for

5    Defendants to respond to May 27, 2012.

6

7    DATED:  April 24, 2012                    SEDGWICK LLP

8

9                                             By:_____/s/ Michael M. Walsh_____

10                                                  Ralph Campillo
                                                   Wendy Tucker

11                                                 Michael M. Walsh
                                                   Attorneys for Defendants

12                                                 THOMAS P. SCHMALZRIED, M.D., A
                                                   Professional Corporation and THOMAS P.

13                                                 SCHMALZRIED, M.D.

14

15

     DATED:  April 24, 2012                    SEEGER ● SALVAS LLP
16

17

                                              By:_____/s/ Adam R. Salvas_____
18
                                                   Kenneth M. Seeger
19                                                 Adam R. Salvas
                                                   Brian J. Devine
20                                                 Attorneys for Plaintiffs
                                                   WAYNE JOLLY and CINDY JOLLY
21

22

23

24

25

26

27

28

                                             2
     **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**
     LA/1162779v1

1    Pursuant to Section X of General Order No. 45 regarding Electronic Court Filing, I

2   hereby certify that the content of this document is acceptable to Adam R. Salvas, counsel for

3   Plaintiffs Wayne Jolly and Cindy Jolly, and that I have obtained counsel's authorization to affix

4   his electronic signature to this document.

5   DATED:  April 24, 2012                    SEDGWICK LLP

6

7
                                            By:_____/s/ Michael M. Walsh_____
8                                                 Ralph Campillo
                                                  Wendy Tucker
9                                                 Michael M. Walsh
                                                  Attorneys for Defendant
10                                                THOMAS P. SCHMALZRIED, M.D., A
                                                  Professional Corporation and THOMAS P.
11                                                SCHMALZRIED, M.D.

12

13

14   Dated: 4/27/12          IT IS SO ORDERED

15                           Judge Joseph C. Spero

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            3
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**
LA/1162779v1

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Sedgwick LLP, 801 South Figueroa Street, 19th Floor, Los Angeles, California 90017-5556.  On April 26, 2012, I served the within document(s):

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**

☐        MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California.

☒        ELECTRONIC MAIL – by serving via CM/ECF to the United States District Court, Central District of California, addressing all parties appearing on the Courts ECF service list.

| | |
|---|---|
| Kenneth M. Seeger | Attorneys for Plaintiffs |
| Adam R. Salvas | WAYNE JOLLY and CINDY JOLLY |
| Brian J. Devine | |
| SEEGER ● SALVAS LLP | |
| 455 Market Street, Suite 1530 | |
| San Francisco, CA 94105 | |
| | |
| Telephone: (415) 981-9260 | |
| Facsimile: (415) 981-9266 | |
| | |
| Alexander G. Calfo | Attorneys for Defendant |
| Kelley S. Olah | DePUY ORTHOPAEDICS, INC. |
| Gabrielle Anderson-Thompson | |
| YUKEVICH CALFO & CAVANAUGH | |
| 355 S. Grand Avenue, 15fr Floor | |
| Los Angeles, CA 90071-1560 | |
| | |
| Telephone: (213) 362-7777 | |
| Fax: (213) 362-7788 | |
| ACalfo@yukelaw.com | |
| KSpencer@yukelaw.com | |

I declare that I am employed in the office of a member of the bar of this court at who direction the service was made.

Executed at Los Angeles, California on April 26, 2012.

/s/Barbara Fergerson
Barbara Fergerson

4

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)

LA/1162779v1